| Def. No. | Defendant Name | Defendant Email |
|---|---|---|
| 1 | Shenzhen Ninth Element Digital Technology Co., Ltd. | salesmanager@d9element.com; |
| 4 | Shenzhen Jinfengchi Technology Co., Ltd. | info@qeedon.com; |
| 5 | Guangzhou Green Way Technology Co., Ltd. | hongguixu9@gmail.com; |
| 7 | Guangzhou Everbright Auto Accessories Co., Ltd. | everbrightautosales1@hotmail.com; |
| 8 | Shanghai Reliance Trading Co., Ltd. | yiming.hua@qq.com; |
| 9 | Shenzhen Qianqian Industrial Co., Ltd. | 3483426652@qq.com; |
| 11 | Shenzhen Heng You Feng Electronic Technology Co., Ltd. | cassie@hyftechs.com; |
| 13 | Xingyue (Guangzhou) Trading Co., Ltd. | xingyuemaoyi888@163.com; |
| 14 | Changzhou Xingmiao Vehicle Technology Co., Ltd. | xmcl8888@163.com; |
| 15 | Ningbo Dingjia Auto Parts Co., Ltd. | alice@cndingjia.com |
| 16 | Jinan Mawang Benchmarking Automotive Technology Co., Ltd. | bench_sensor@163.com ; |
| 18 | Belief (changzhou) Plastics Company Limited | kurt_geng@itunning.com; |
| 19 | Xinqichen Electronic Technology Co., Ltd. | sales@xqc-tech.com ; |
| 20 | Guangzhou Yifeng Hardware Plastic Co., Ltd. | gzyfwjsl@163.com; |
| 21 | Hefei Bopar Auto Technology Co., Ltd. | 2847779806@qq.com |
| 22 | Shenzhen Mingxianhui Information Technology Co., Ltd. | szmingxianhui@163.com ; |
| 24 | Shishi Hengyuan Autopart Trading Co., Ltd. | info@hyautopart.com; |
| 25 | Guangzhou Taiming Technology Co., Ltd. | 574988537@qq.com; |
| 27 | Ningbo High-Tech Zone Fangyuan Three-Dimensional Technology Co., Ltd. | 2880744313@qq.com; |
| 28 | Guangzhou Bailekai Trading Co., Ltd. | 744609168@qq.com; |
| 29 | Guangzhou Yitao Trading Co., Ltd. | 13711402397@139.com; |
| 30 | Shenzhen Kindon Auto Technology Limited | kindontech@126.com; |
| 32 | Ningbo Qualitrust Automotive Manufacturing Co., Ltd. | dennis@tansoparts.com; |
| 33 | Guangzhou Iron Box Auto Supplier Co., Ltd. | ironboxled@163.com; |
| 34 | Shenzhen Huaten Trading Co., Ltd. | jason.huang@huatenglobal.com; |
| 37 | Guangzhou Zhongmi Trading Co., Ltd | liujiayingcoco@163.com ; |
| 39 | Shenzhen Icar Technology Co., Ltd. | zhangxuecheng511@gmail.com; |
| 40 | Shenzhen RYHX Plastic & Hardware Products Co., Ltd. | karen@szryhx.com; |
| 42 | Guangzhou Zhengji Information Technology Co., Ltd. | hillzhu@zhengji-led.com; |
| 43 | Qingdao Yaoming Auto Parts Co., Ltd. | INFO@YOURMINGGROUP.COM; |
| 44 | Guangzhou Temart New Engergy Co., Ltd. | temartcai@163.com ; |
| 45 | Henan Mingtuo Automobile Sales Service Co., Ltd. | 1319977211@qq.com; |
| 46 | Dongguan Nuoyu New Energy Technology Co., Ltd. | nuoyunew@163.com; |
| 48 | Guangzhou Rich Mechanical Parts Co., Ltd. | 1120875596@qq.com ; |
| 51 | Guangzhou Keming Electronics Co., Ltd. | gezi6642@126.com; |
| 53 | Wuhan Baina Automotive Supplies Co., Ltd. | whbn2023@163.com ; |
| 56 | Fuzhou Qingcheng Automobile Service Co., Ltd. | qingchengauto01@163.com; |
| 57 | Fuzhou Infinity Trade Co., Ltd. | passches@qq.com |
| 58 | Guangzhou Haocheng Auto Parts Co., Ltd. | 980647367@qq.com ; |
| 59 | Shenzhen Kiwi Technology Co., Ltd. | kiwi@bj-cloud.net; |
| 60 | Guangzhou Lightstar Optoelectronic Technology Co., Ltd. | carly@gokled.com; |
| 61 | Guangzhou Kute Technology Co., Ltd. | 1334727044@qq.com; |
| 62 | Shenzhen Honghuichun Technology Co., Ltd. | lucy@hhcmodel.cn; |
| 63 | Yiwu Wuzhao E-Commerce Co., Ltd. | changchuan2021@gmail.com; |
| 64 | Anhui Pingyao Trading Co., Ltd. | 1015656935@qq.com; |
| 65 | Guangzhou Mojing Electronic Commerce Co., Ltd. | export@nickppf.com; |
| 69 | Shantou Zuocheng Electronic Commerce Co., Ltd. | lioxinrb@163.com; |
| 71 | Nanjing Xiangyun International Trade Co., Ltd. | margaretliu@w7solar.com |
| 75 | Shenzhen Longtrans Chan Technology Co., Ltd. | lcccjone@163.com; |
| 78 | Xiamen Hongxiang Trading Co., Ltd. | xuyali20161215@163.com; |
| 80 | Chengdu Evoyage Technology Co., Ltd. | info@evoyage-evse.com ; |
| 83 | Guangzhou Yaerde Automobile Products Co., Ltd. | zhujinxun2021@163.com; |

| | | |
|---|---|---|
| 87 | Guangzhou Baolan Fadier Leather Goods Co., Ltd. | lincanjie888@qq.com; |
| 89 | Guangzhou Cheyoubao Industry Co., Ltd. | sales@factoryautopart.com |
| 90 | Foshan One Tree Culture Media Co., Ltd. | 888yikeshu@gmail.com; |
| 91 | Guangzhou Fish Map E-Commerce Co., Ltd. | justforyi@foxmail.com; |
| 93 | Xiamen Fank Technology Co., Ltd. | gm@fanktech.com; |
| 95 | Shantou Chaoyang Wenguang Weiqiu Toy Factory | 19307545015@163.com; |
| 96 | Shenzhen Musk Industrial Co., Ltd. | yuhan15lm@163.com |
| 99 | Guangzhou Yikun Cross Border E-Commerce Co., Ltd. | 13229876006@163.com; |
| 100 | Dongguan Chiwei Metal Products Co., Ltd. | 422571350@qq.com; |
| 102 | Guangzhou Cyrus Trading Co., Ltd. | cyrus.autoparts@outlook.com; |
| 107 | Chengdu Mingzhou Automobile Sales Co., Ltd. | mingzhouqichehesir@qq.com; |
| 108 | Changzhou Lita Auto Accessories Co., Ltd. | lita1@carmatssupplier.com; |
| 110 | Guangzhou Muxuan Trading Co., Ltd. | 1427697705@qq.com; |
| 111 | Xishan District Yangjian Yuda Vehicle Parts Factory | 2693053619@qq.com; |
| 112 | Guangzhou Flowerie Technology Co., Limited | 1040216481@qq.com; |
| 113 | Guangzhou Xingcheng Auto Parts Co., Ltd. | 876543@163.com; |
| 114 | Mondax (Guangdong) Co., Ltd. | joyce@ballotexpert.com |
| 115 | Guangzhou Evenew Accessories Co., Ltd. | kate@auto-evenew.com; |
| 117 | Li Ang (Guangzhou) Vehicle Parts Co., Ltd. | 572899468@qq.com |
| 119 | Xiamen Refresh Auto Parts Co., Ltd. | tony@refresh-wiper.com; |
| 120 | Shenzhen SHV Industrial Co., Ltd. | sales@shvcam.com; |
| 121 | Yiwu Quanxi E-Commerce Firm | 2880744313@qq.com; |
| 123 | Yiwu Nice Show Accessories Co., Ltd. | cathy@ywniceshow.cn; |
| 126 | Guangzhou Qibin Automotive Products Co., Ltd. | 3230394664@qq.com; |
| 128 | Guangzhou Mipi Car Accessories Co., Ltd. | 12138206@qq.com; |
| 129 | Guangzhou Ushi Auto Parts Co., Ltd. | ceo@ushi.ushilife.com; |
| 131 | Shenzhen Xiehe Innovation Technology Co., Ltd. | jaimie@xiehecreative.com; |
| 132 | Huizhou Lecheng E-Commercial Co., Ltd. | sales006@alwaysfaith-intl.com; |
| 136 | Shop1102175715 Store | lulu220412@163.com; |
| 137 | Shop5286008 Store | yunxuan7036@163.com; |
| 138 | D-I-Y Store | shoppingyun@126.com; |
| 139 | Good Up Store | largea@126.com; |
| 140 | Tesla Trend Store | teslaelmusk@gmail.com; |
| 141 | Shop1102794623 Store | sumaitong15@aliyun.com; |
| 142 | DIY6666 Store | bb5939172@163.com; |
| 143 | Shop1103011243 Store | ting10466555054@163.com; |
| 146 | BACKSJET Store | jasonwang8825@163.com; |
| 147 | HAHA One Store | m15875850832@163.com; |
| 148 | Shop1103016375 Store | l791646426@163.com; |
| 149 | USVOTOV Official Store | jay@usvotov.com; |
| 152 | Shop1102339364 Store | 546557277@qq.com; |
| 153 | Shop1103054508 Store | haochen1028666@163.com; |
| 154 | JGK Store | wtlq115@yeah.net; |
| 155 | Shop1102834326 Store | wxqstore_006@163.com; |
| 156 | Shop1102752055 Store | lhonline005@163.com; |
| 157 | Shop1102819628 Store | cyjstore_001@163.com; |
| 158 | Vinbrandmn-XF Store | 694764284@qq.com; |
| 159 | Vinbrandmn Store | jieboli99@163.com; |
| 160 | Shop1102528065 Store | xrcshop_3@163.com; |
| 161 | Shop1102903460 Store | lgbshop2023_004@aliyun.com; |
| 162 | Shop1102984640 Store | ldmarket004@aliyun.com; |
| 163 | Shop1102829385 Store | wxqfactory_04@163.com; |
| 164 | Ali Special Offer Store | 1550991717@qq.com; |

| | | |
|---|---|---|
| 165 | Wayraceter Official Store | 108283916@qq.com; |
| 166 | Shop1103207168 Store | e688cijiben8@126.com; |
| 167 | ZUIDIDE Store | smt335ccc@163.com; |
| 168 | Extreme Shirt Store | paulhill16@163.com; |
| 169 | Shop1102272323 Store | 13147368636@163.com; |
| 170 | Shop1102981768 Store | 2565743929@qq.com; |
| 171 | BOUTIQUE DIY CAR KEY ACCESSORIES Store | xiehanjia2023@163.com; |
| 172 | Shop1103014681 Store | q13751765071@163.com; |
| 173 | Shop1102825475 Store | lms645881@163.com; |
| 174 | Shop1103106113 Store | linshibin2222@126.com; |
| 175 | Tesla Online Store | judy@votoviparts.com; |
| 176 | Lokonwis Decals Store | 1909422778@qq.com; |
| 177 | Shop1102883245 Store | foxrizhong06@163.com; |
| 178 | Gertrud Autoparts Store | tnautoparts05@163.com; |
| 182 | rqzae Store | l18238188050d@163.com; |
| 183 | Hugoo Store | smt155bbb@163.com; |
| 184 | FunnyMan Store | 1987073808@qq.com; |
| 185 | Shop1102901507 Store | lgbbmarket_002@163.com; |
| 186 | Shop1102884230 Store | xrcstore_004@aliyun.com; |
| 187 | Shop1102998684 Store | ldstore006@aliyun.com; |
| 188 | Bittelan Store | smt94aaa@163.com; |
| 189 | Shop1102846994 Store | czzfactory004@aliyun.com; |
| 190 | Shop1102753771 Store | lyhmall_03@163.com; |
| 191 | Shop1102828387 Store | wxqfactory_06@163.com; |
| 192 | Shop1102666802 Store | chrshop2023_02@163.com; |
| 193 | Shop1102297035 Store | 3143430764@qq.com; |
| 194 | TSLAccessories Store | tescybers20@gmail.com; |
| 195 | Givanc Store | smt395ccc@163.com; |
| 196 | ARDEN Store | smt163bbb@163.com; |
| 197 | Mug Fun Store | qlsl141@163.com; |
| 198 | Shop1102923410 Store | weiyakeji02@163.com; |
| 199 | Shop1102888340 Store | o6498488@163.com; |
| 200 | AEP Store | ljy1176142771@126.com; |
| 201 | Shop1102875206 Store | h791646426@163.com; |
| 202 | Shop1103005011 Store | 1271447838@qq.com; |
| 205 | Shop911137095 Store | x13660818790@163.com; |
| 206 | Qi two Store | 371508018@qq.com; |
| 207 | Nicola Autoparts Store | nicola2023@163.com; |
| 209 | Shop1103130723 Store | f18598103452@163.com; |
| 211 | CoolWind Store | wansok@126.com; |
| 212 | Fly Phone Case Store | hfly2327@163.com; |
| 213 | Shop1102839575 Store | czzoutlets_05@aliyun.com; |
| 214 | Shop1102901509 Store | lgbbmarket_006@163.com; |
| 215 | Shop1102789457 Store | xrcmall001@163.com; |
| 216 | Shop1102903472 Store | lgbonline_01@163.com; |
| 217 | T S L MODEL 3 MODEL Y CAR ACCESSORIES Store | 2560428958@qq.com; |
| 218 | Shop1102901508 Store | lgbonline_06@163.com; |
| 219 | Shop1102720141 Store | hqystore2023_6@163.com; |
| 220 | Shop1102767554 Store | wfmall001@163.com; |
| 221 | Shop1102982690 Store | ldmarket001@aliyun.com; |
| 222 | Shop1102152519 Store | qwe10010510@163.com; |
| 223 | Kyson Store | smt111aaa@163.com; |
| 224 | Ciesle Store | smt396ccc@163.com; |

| # | Store | Email |
|---|---|---|
| 225 | Beneny Store | smt391ccc@163.com; |
| 226 | AE Auto Parts Store | 18587579225@139.com; |
| 227 | DDH Tech 01 Store | ddhtech01@163.com; |
| 228 | Otertip Store | 409314671@qq.com; |
| 230 | Shop1103011568 Store | d13537283701@163.com; |
| 231 | ZUIMI Car Parts Store | mozhipeng01@163.com; |
| 234 | Shop1103183093 Store | 703968896@qq.com; |
| 235 | Shop1102754087 Store | 13539747013@163.com; |
| 237 | Car decoration industry Store | 1002623707@qq.com; |
| 238 | Car Giant TPUPPF Vinyl Producer Store | 13427624572@163.com; |
| 239 | 219 YY Store | happinesszhang2021@163.com; |
| 240 | Ufotable Store | qlsl091@163.com; |
| 241 | Shop1102823619 Store | lu794370853@163.com; |
| 242 | Shop1102993706 Store | ldmall005@aliyun.com; |
| 243 | Shop1102750090 Store | lhonline001@163.com; |
| 244 | Shop1102999650 Store | ld2023online_01@aliyun.com; |
| 245 | MONCERS Store | e15060325665@163.com; |
| 246 | Vinbrandmn-LY Store | mingtian2021888@163.com; |
| 247 | Shop1102765538 Store | wfmall003@163.com; |
| 248 | Shop1102816642 Store | cyjoutlets_01@163.com; |
| 249 | Shop1102773385 Store | wfmall005@163.com; |
| 250 | Shop1102660109 Store | wwfshop2023_02@163.com; |
| 251 | DDH Tech 03 Store | ddhtech03@163.com; |
| 252 | City shine Store | paulhill2010@hotmail.com; |
| 253 | Shop1100050138 Store | f15559558622@163.com; |
| 254 | Shop5373202 Store | sdpc01@sina.com; |
| 255 | New Trend T-shirt Store | zya20231688@163.com; |
| 256 | Afly Tesla Store | 1172819239@qq.com; |
| 258 | Shop1102928286 Store | tt20230629@163.com; |
| 260 | Ghost Car Merchant Store | c1382735306565@163.com; |
| 262 | Afly Store | 1007435181@qq.com; |
| 263 | Dropshop-Mtesla Store | yx15986691990@163.com; |
| 265 | LI Auto-Moto Dedicated Store | dqii212ff@163.com; |
| 268 | ZHEC Store | 124771600@qq.com; |
| 270 | Haitai Auto Supply Store Store | 2100986257@qq.com; |
| 271 | Shop1102855799 Store | hcxfactory002@aliyun.com; |
| 272 | Shop1102882235 Store | xrcstore_006@aliyun.com; |
| 273 | Shop1102786278 Store | xrconline_5@163.com; |
| 274 | Shop1102776330 Store | zzmmall002@163.com; |
| 276 | Shop1102926913 Store | smt067570@163.com; |
| 277 | Shop1102856241 Store | hcxmarket03@163.com; |
| 278 | Shop1102816646 Store | cyjoutlets_02@163.com; |
| 279 | Shop1102787465 Store | xrcshop2023_001@163.com; |
| 280 | HP3 Car Accessories Store | lmn3434smt03@163.com; |
| 281 | Halolo Store | 3408399928@qq.com; |
| 282 | Shop5003099 Store | zh99390022@sohu.com; |
| 283 | LOOOL Store | h46uangxiuqun168@163.com; |
| 284 | Jun Yang Fu Shi Store | b15179376309@163.com; |
| 285 | YJ Automobile Products Store | m13570321796_1@163.com; |
| 286 | Twobarrels Auto-life Store | zhutianchen@sunwahcy.com; |
| 287 | New Car Decoration Accessories Store | salesli@hzshengyang.com; |
| 288 | SMTY--five Store | b18598103452@163.com; |
| 289 | Shop1102818025 Store | jiyuzhao2@163.com; |

| # | Store | Email |
|---|---|---|
| 290 | Shop1102599923 Store | 13566167040yy@sina.com; |
| 291 | Huizon Auto Accessories Store | 1437179375@qq.com; |
| 293 | WHA accessory Store | info@n2autolight.com; |
| 294 | Lx1129 Store | 3175621058@qq.com; |
| 297 | Shop1102564052 Store | l30826418224@163.com; |
| 298 | Diecast Miniauto Store | andrew001019@163.com; |
| 299 | Shop1103057578 Store | lhy19810309@126.com; |
| 300 | Shop1102887152 Store | hqymarket04@aliyun.com; |
| 301 | Shop1102776328 Store | zzmmall004@163.com; |
| 302 | Shop1102904454 Store | lgbstore_006@163.com; |
| 303 | Shop1102826927 Store | wxqconline02@163.com; |
| 304 | Car Logo Sport Baseball Cap Store | wisdomtrade37@163.com; |
| 306 | Shop1102661463 Store | wustore2023_1@163.com; |
| 307 | Shop1102728557 Store | chenmarket03@163.com; |
| 308 | Shop1102712345 Store | wxqshop2023_1@163.com; |
| 309 | HP4 Car Accessories Store Store | lmn3434smt04@163.com; |
| 310 | Shop5585458 Store | ql20202@163.com; |
| 311 | Shop1102154923 Store | wtlq167@163.com; |
| 312 | super-new Store | wtlq83@163.com; |
| 313 | Basketball T-shirt Hoodie Store | a200060323@163.com; |
| 314 | Z-Angel Store | 2655958208@qq.com; |
| 315 | BOUTIQUE CAR KEY ACCESSORIES Store | zengqingmei2023@163.com; |
| 316 | ART ON A WALL Store | zengling178@sina.com; |
| 317 | Shop1103029004 Store | 1286327663@qq.com; |
| 318 | Shop1102889070 Store | linyangpeng156227@163.com; |
| 320 | Shop1102881257 Store | foxrending01@163.com; |
| 321 | Shop1103207781 Store | allman007@163.com; |
| 322 | Shop1103199082 Store | mozhipeng02@163.com; |
| 323 | Shop1103070486 Store | ywshykjyxgs01@163.com; |
| 324 | Model-3-Y HOME Store | bingyands@163.com; |
| 326 | Shop1103040285 Store | jinguang2023004@163.com; |
| 327 | LBLMRC Official Store | 198843092@qq.com; |
| 328 | Shop1102925298 Store | 3107168175@qq.com; |
| 329 | Shop1102774669 Store | zzmmall003@163.com; |
| 331 | Shop1102890147 Store | hqymarket005@aliyun.com; |
| 332 | Shop1102839996 Store | czzshop2023_04@163.com; |
| 333 | Shop1102646227 Store | linyangpeng2023@163.com; |
| 334 | Shop1102660558 Store | ydxshop2023_3@163.com; |
| 335 | Shop1102883302 Store | foxjiming@163.com; |
| 337 | Shop1102648152 Store | qinshop2003003@163.com; |
| 338 | HP2 Car Accessories Store Store | 542310166@qq.com; |
| 339 | Shop1102960574 Store | l5hxq168@163.com; |
| 340 | Biothern Store | smt162bbb@163.com; |
| 341 | Luckiness Store | h35668899@163.com; |
| 342 | Shop1103103402 Store | 1569384704@qq.com; |
| 343 | Shop1102963709 Store | 18319478963@163.com; |
| 344 | XingQiRi01 Store | 2108636141@qq.com; |
| 345 | SUITA Store | mo970922_04@163.com; |
| 346 | Shop1102721118 Store | 191386361@qq.com; |
| 347 | XLYLXL Store | 337793686@qq.com; |
| 349 | Car Badge Decals Store | 3092716271@qq.com; |
| 350 | Shop1102297513 Store | qq569836136@163.com; |
| 351 | Jdmsuperpower Store | mike@n2autolight.com; |

| | | |
|---|---|---|
| 352 | Shop1103100193 Store | d18598103452@163.com; |
| 353 | Be Your Tesla Store | 13434149338@163.com; |
| 355 | DESIGNED MASK Store | zhl502249187@yeah.net; |
| 356 | Shop5796573 Store | ruiwen0888@163.com; |
| 357 | Shop1103029044 Store | 1704334534@qq.com; |
| 358 | Shop1102858222 Store | hcxshop2023_005@163.com; |
| 359 | Shop1102751379 Store | lhstore_002@163.com; |
| 360 | Shop1102844532 Store | czzconline06@aliyun.com; |
| 361 | Shop1102889140 Store | hqyshop01@aliyun.com; |
| 362 | SUITIAN Store | mo970922_06@163.com; |
| 363 | Shop1102771543 Store | zzmoutlets_01@163.com; |
| 364 | Shop1102787472 Store | xrcshop2023_006@163.com; |
| 365 | Shop1102641425 Store | wangshop001@163.com; |
| 366 | Shop1102498177 Store | wwf1024shop_5@163.com; |
| 367 | TESTOP Car Accessories Store | teslacar.zhang@qq.com; |
| 368 | WENSTON Store | ye027zijijia22330@126.com; |
| 369 | Hennesy Store | smt165bbb@163.com; |
| 370 | GoBricks Moc Factory Store | 13631499808@163.com; |
| 371 | Shop1102751704 Store | 3292114483@qq.com; |
| 373 | Shop1102984694 Store | 2154478563@qq.com; |
| 374 | Car Decals Accessories Store | 3369328032@qq.com; |
| 375 | SUIDI Store | mo970922_03@163.com; |
| 376 | Virtuous Circle Store | lxxhvip666@163.com; |
| 377 | Accessories Model 3 Store | damman0831@163.com; |
| 378 | MINI PANDA Store | carlson1874@163.com; |
| 379 | 33 yuan heng li zhen Store | w13537283701@163.com; |
| 381 | Attmore Autoparts Store | attmore2023@163.com; |
| 382 | Shop1102591014 Store | foxshenhou01@163.com; |
| 384 | G04-Dropshipping-Online Store | 18329048725@139.com; |
| 385 | Toys You Have Not Seen Store | yibaicheng04@163.com; |
| 386 | Bob Costume Store | xy20231688@163.com; |
| 387 | European and American boutique shirts Store | dqr334503@163.com; |
| 388 | Shop1102855175 Store | hcxshop6@163.com; |
| 389 | Shop1102819286 Store | cyjshop2023_002@163.com; |
| 390 | Siteng 0413101 Store | pz18438832890@163.com; |
| 391 | Decoration 1 Shop Store | xvfshuehn6jx@tom.com; |
| 392 | Silly Cat Seven Seven Store | k623922024@163.com; |
| 393 | Shop1102818277 Store | cyjmarket05@163.com; |
| 394 | Shop1102844536 Store | czzstore_002@aliyun.com; |
| 395 | Shop1102884225 Store | xrfactory_02@163.com; |
| 396 | Shop1102856494 Store | linchutao1996@163.com; |
| 397 | Shop1102457201 Store | qlsl214@163.com; |
| 398 | Tiffiny Store | smt383ccc@163.com; |
| 399 | Cubby Bricks Store | 295351040@qq.com; |
| 400 | Shop1102736073 Store | m15179376309@163.com; |
| 401 | Shop1103077327 Store | 3648797993@qq.com; |
| 402 | Shop1103053486 Store | 443579968@qq.com; |
| 403 | Shop1103122015 Store | i6546565@163.com; |
| 404 | XY--eight Store | e18598103452@163.com; |
| 405 | AFAX Official Store | afaxpower@163.com; |
| 406 | XingQiRi03 Store | 1490126343@qq.com; |
| 407 | Shop1102828270 Store | a13537283701@163.com; |
| 408 | Shop1103155077 Store | 1440279471@qq.com; |

| | | |
|---|---|---|
| 410 | Maisike Store | mycircle20220920@163.com; |
| 413 | CHAMPRINT Top Store | byxyf041702@outlook.com; |
| 414 | You Socks Store | byzsl1015@outlook.com; |
| 415 | Shop1102890334 Store | hqyoutlets_04@163.com; |
| 416 | Shop1102723156 Store | chenonline2023_1@163.com; |
| 417 | Shop1102724144 Store | chenonline2023_4@163.com; |
| 418 | Shop1102818598 Store | cyjshop2023_004@163.com; |
| 419 | Siteng clothing 3 Store | pz18885466822@163.com; |
| 420 | Shop1103057578 Store | lhy19810309@126.com; |
| 421 | Shop1102728559 Store | chenmarket05@163.com; |
| 422 | Shop1102684026 Store | zzmshop006@163.com; |
| 423 | Shop1102661466 Store | yzqstore2023_02@163.com; |
| 424 | Shop1102661468 Store | yzqstore2023_03@163.com; |
| 425 | Shop1102935074 Store | jerrypro2011@163.com; |
| 426 | Shop1102582167 Store | andi212@126.com; |
| 427 | Lanzi Store | smt381ccc@163.com; |
| 428 | Shop1102636558 Store | overseas05gobricks@163.com; |
| 429 | Dubee Store | 2163418211@qq.com; |
| 430 | Laneng Direct Store | 1529219830@qq.com; |
| 431 | Shop1102883588 Store | a15015507827@yeah.net; |
| 432 | Jitty Store | x15322030471@163.com; |
| 433 | Shop1102911518 Store | qqq347749480@126.com; |
| 434 | Shop1103020050 Store | m791646426@163.com; |
| 435 | Car Accessories YZ Store | baiok66@163.com; |
| 436 | Miko cool cool car Store | jerrypro1985@163.com; |
| 437 | MYCAR05 Store | pko2305@163.com; |
| 438 | YH Car Store | g1119208916@163.com; |
| 439 | DUTRIEUX Car Accessories Store | niutuauto@163.com; |
| 441 | JEBCON Official Store | panheyi163@163.com; |
| 442 | A Zhong Store | byxyf032701@outlook.com; |
| 443 | Awesome Socks Store | byzsl10151@outlook.com; |
| 444 | Shop110000162 Store | wozaitiantang162@163.com; |
| 445 | This Is A Good Store | 2956256500@qq.com; |
| 446 | Shop1102690214 Store | zshop2023_4@163.com; |
| 447 | Shop1102860475 Store | hcxoutlets_02@163.com; |
| 448 | Siteng0413102 Store | pz2950493175@163.com; |
| 449 | Shop1102726454 Store | huaonline2023_6@163.com; |
| 450 | Shop1102647645 Store | zzmshop003@163.com; |
| 451 | Shop1102660110 Store | wwfshop2023_03@163.com; |
| 452 | Shop1102643606 Store | wengshop003@163.com; |
| 453 | Shop1102818639 Store | cyjoutlets_4@163.com; |
| 454 | Shop1103010197 Store | 1658158864@qq.com; |
| 455 | Gobricks Moc Rebrickable Store | overseas03@gobricks.cn; |
| 456 | Gresso Store | smt212bbb@163.com; |
| 457 | SETBRICKS MOC Store | overseas07gobricks@163.com; |
| 458 | Moc Toybricks Sets Store | gobricksamazon@163.com; |
| 459 | AFAX Official Store | afaxpower@163.com; |
| 460 | Shop1102941305 Store | j791646426@163.com; |
| 462 | Xyzplus Store | qd20230301@163.com; |
| 463 | Shop1102939283 Store | 13413729609@163.com; |
| 464 | Shop1102840847 Store | t18598103452@163.com; |
| 465 | SuLi Professional Store | 929457149@qq.com; |
| 466 | ModelY/Model3 Store | 495569440@qq.com; |

| | | |
|---|---|---|
| 467 | Shop1103058115 Store | allman006@163.com; |
| 468 | Triumph Car Parts Store | zhuyuoo05@163.com; |
| 469 | Shop1103056969 Store | shengyue0060@163.com; |
| 470 | Auto Accessories Club Store | cglqp_1@163.com; |
| 472 | Shop1102297035 Store | 3143430764@qq.com; |
| 473 | Its a Great Store | 19397136205@163.com; |
| 474 | Shop1102774665 Store | zzmoutlets_03@163.com; |
| 475 | Shop1102749703 Store | jingjingadming37@163.com; |
| 476 | Shop1102888347 Store | hqyoutlets_05@163.com; |
| 477 | Shop1102890337 Store | hqyoutlets_03@163.com; |
| 478 | Shop5361023 Store | ruru19ruru@163.com; |
| 479 | Shop1102650590 Store | zmstore202301@163.com; |
| 480 | Shop1102784320 Store | xrconline_1@163.com; |
| 481 | Shop1102752331 Store | lhonline_4@163.com; |
| 482 | Shop1102720345 Store | hqyshop2023_1@163.com; |
| 483 | Shop1102749393 Store | lhonline_1@163.com; |
| 484 | WayRaceter Store | 3326808611@qq.com; |
| 485 | Shop1103219038 Store | qq18206003618@163.com; |
| 486 | Rachela Store | smt55aaa@163.com; |
| 487 | Shop1102887944 Store | overseas08gobricks@163.com; |
| 488 | Shop1102959304 Store | sumaitong070212@alimake.top; |
| 489 | Car Accessories Official Store | qwera0504@163.com; |
| 490 | Shop1103063301 Store | xjj18620184356@163.com; |
| 491 | Shop1102946076 Store | 13751765071@163.com; |
| 492 | Shop1102998704 Store | 18620184356@163.com; |
| 493 | Shop1103039235 Store | a13288086716@163.com; |
| 495 | DRVRACES Racing Store | 894910984@qq.com; |
| 496 | BAINEL Auto Parts Official Store | bainel2023@163.com; |
| 497 | Car Styling Stickers Store | XX1123110210@163.com; |
| 498 | Advance Car Parts Store | zhuyuoo02@163.com; |
| 501 | USESS Store | chenweibi1581339@163.com; |
| 502 | HUOLLJ Store | 180144559@qq.com; |
| 503 | Qiuhuang Well Well Well Store | axk553772@163.com; |
| 504 | Shop1102724142 Store | chenonline2023_2@163.com; |
| 505 | Shop1102814655 Store | cyjoutlets_03@163.com; |
| 506 | Shop1102845543 Store | czzoutlets_04@aliyun.com; |
| 507 | Shop1102859168 Store | hcxshop1@163.com; |
| 508 | Shop1102962438 Store | v15268373457@163.com; |
| 509 | Shop1102987494 Store | ldshop2023_1@aliyun.com; |
| 510 | Shop1102724599 Store | chenmarket06@163.com; |
| 511 | Shop1102790257 Store | xrconline_2@163.com; |
| 512 | Shop1102725574 Store | chenmarket04@163.com; |
| 513 | Shop1102728449 Store | huaonline2023_5@163.com; |
| 514 | TshirtLink Store | paulhill6@163.com; |
| 515 | BB Master Store | 510429886@qq.com; |
| 516 | Jergir Store | smt365ccc@163.com; |
| 517 | Shop1103107142 Store | chunjie010@alimake.top; |
| 518 | Military Store | ywccy03@163.com; |
| 519 | Be Your Kitty Store | dmsds2021@163.com; |
| 521 | Shop1102929206 Store | qingyao02@pragueting.com; |
| 522 | Super auto parts Club Store | pengjuan87@outlook.com; |
| 523 | Shop1100059051 Store | longyan202215@163.com; |
| 524 | PECHAM Global Store | ali_019@insmart.ink; |

| | | |
|---|---|---|
| 525 | Shop1103011700 Store | algx850068@163.com; |
| 526 | XMCAR Store | allman005@163.com; |
| 527 | ACC Perfect Store | lms645883@163.com; |
| 528 | misitelin Store | wehuan9298@163.com; |
| 530 | Yunke Car Shop Store | 634335784@qq.com; |
| 532 | Shop High Quality Men s Clothing Store | 15158941659@163.com; |
| 533 | YummYard Store | byczy0214@outlook.com; |
| 534 | Shop1103000265 Store | ldstore005@aliyun.com; |
| 535 | Shop1102826937 Store | wxqoutlets_02@163.com; |
| 536 | Shop1102735115 Store | zhenonlien2023_3@163.com; |
| 537 | Shop1102724143 Store | chenonline2023_3@163.com; |
| 538 | Shop1102888774 Store | duduan17881@126.com; |
| 539 | Shop1102667358 Store | ylhshop2023_03@163.com; |
| 540 | Shop1102836174 Store | wxqfactory_05@163.com; |
| 541 | Fashion Mesh Hat Store | ptyx004@126.com; |
| 542 | Shop1102713336 Store | lyhstore2023_02@163.com; |
| 543 | Shop1102649597 Store | zmstore202302@163.com; |
| 544 | Mealove Store | ql20206@163.com; |
| 545 | Si Ying Store | 903847672@qq.com; |
| 546 | Mardin Store | smt373ccc@163.com; |
| 547 | Sunlighting Store | paulhill2017@hotmail.com; |
| 548 | DuDuBee Store | 1355671660@qq.com; |
| 549 | Shop1102717084 Store | x794370853@163.com; |
| 550 | GY Auto Parts Home Store | joey_huang1314@163.com; |
| 551 | Shop1103012646 Store | q13751765071@126.com; |
| 552 | Shop1103053055 Store | rui1046655054@163.com; |
| 553 | Maserati Tesla Bentley Spare Parts Store | 125943687@qq.com; |
| 555 | Shop1103191104 Store | kk32324324@163.com; |
| 556 | Shop1103132766 Store | 13715743542@163.com; |
| 557 | Shop1102830051 Store | zsp8208041@163.com; |
| 560 | huiwentong Store | 13533447972@163.com; |
| 562 | ZYJC Store | zhengbogongsi1@163.com; |
| 563 | Shop1102882677 Store | huilian670483866@126.com; |
| 564 | Shop1102845067 Store | fffsmt02@163.com; |
| 565 | Shop1102814647 Store | cyjmall002@163.com; |
| 566 | Shop1102994662 Store | ldshop3@aliyun.com; |
| 567 | Shop1102818643 Store | cyjstore_005@163.com; |
| 568 | Valentno Store | smt346ccc@163.com; |
| 569 | Zona7 Store | lin13727943685@163.com; |
| 570 | Shop1102988382 Store | ldshop2023_4@aliyun.com; |
| 571 | Shop1102717548 Store | gaomall2023_1@163.com; |
| 572 | Shop1102846992 Store | czzfactory001@aliyun.com; |
| 573 | Anju Fashion Home Textiles 7 Store | hxz7dd@163.com; |
| 574 | Shop1102589189 Store | zongzhan58849498@126.com; |
| 575 | Shop1100087087 Store | qlsl0193@163.com; |
| 576 | MOILY-Fashion Store | wtlq43@163.com; |
| 577 | Shop1103132566 Store | ke96muyoutangba@126.com; |
| 578 | Shop5606329 Store | 992796961@qq.com; |
| 579 | Shop1103020019 Store | 2513374268@qq.com; |
| 580 | Shop1103053203 Store | zrs20230822@163.com; |
| 581 | Shop1102984562 Store | k791646426@163.com; |
| 582 | Shop1102699235 Store | 2863907813@qq.com; |
| 584 | Love Car Popular Stores Store | 15692588497@163.com; |

| # | Store | Email |
|---|---|---|
| 585 | YiYang-Tesla Store | TESLALIJING@163.com; |
| 586 | HHH Automobile Store | 13144458016@163.com; |
| 587 | Shop5072093 Store | christinayu828@hotmail.com; |
| 588 | Shop1103150525 Store | dainike168@163.com; |
| 589 | VWVIVIDWORLD Tesla Accessories Store | 279216065@qq.com; |
| 590 | Niuniu Car Accessories Store | 154478368@qq.com; |
| 591 | Shop1103054711 Store | wu1834806666@163.com; |
| 592 | Tiffanie Store | smt334ccc@163.com; |
| 593 | Shop1102994663 Store | ldshop5@163.com; |
| 594 | Shop1102829384 Store | wxqfactory_02@163.com; |
| 595 | Shop1102772745 Store | zzmoutlets_05@163.com; |
| 596 | Shop1102888345 Store | hqyconline06@aliyun.com; |
| 597 | Shop5008212 Store | zhuofan778@126.com; |
| 598 | Shop1102986761 Store | ldoutlets05@aliyun.com; |
| 599 | Shop1102816648 Store | cyjstore_006@163.com; |
| 600 | Shop1102667790 Store | chrshop2023_03@163.com; |
| 601 | Shop1102745135 Store | lhmarket_2@163.com; |
| 602 | Anju Fashion Home Textiles 8 Store Store | hxz10dd@163.com; |
| 603 | Shop5232021 Store | touclo12@163.com; |
| 604 | Futuristic Soldier Toys Store | 861536962@qq.com; |
| 605 | Dota Store | qlsl076@163.com; |
| 606 | Muggest Store | qlsl154@163.com; |